# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

LIVINGSTON ALFRED, III

NO. 2021 KW 0858

**OCT 1 2 2021**

---

In Re:     Livingston Alfred, III, applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, No. 586,228.

---

**BEFORE:   GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

**WRIT NOT CONSIDERED.** Relator failed to file a timely request for an extension of the return date. <u>See</u> Uniform Rules of Louisiana Courts of Appeal, Rule 4-3.

**JMG**
**GH**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT